**UNITED STATES of America, Plaintiff–Appellee,**

v.

**David ROCHA–RAMON, Defendant–Appellant.**

No. 05–30365.

United States Court of Appeals, Ninth Circuit.

Submitted April 13, 2006.*

Decided April 17, 2006.

Pamela Jackson Byerly, Esq., Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Kathleen E. Moran, Esq., Federal Public Defender's Office, Spokane, WA, for Defendant–Appellant.

Before: SILVERMAN, MCKEOWN and PAEZ, Circuit Judges.

MEMORANDUM **

David Rocha–Ramon appeals his 37–month sentence imposed following his guilty plea to being found in the United States after illegal re-entry, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 18 U.S.C. § 3742, and we affirm.

Rocha–Ramon contends that the district court violated his Sixth Amendment rights by imposing a sentence in excess of the two-year maximum set forth in 8 U.S.C. § 1326(a) based on a prior conviction that was neither proved to a jury nor admitted during the plea colloquy. This contention is foreclosed. *See United States v. Weiland,* 420 F.3d 1062, 1079 & n. 16 (9th Cir.2005), *petition for cert. filed,* No. 05–8847 (filed Jan. 23, 2006); *United States v. Moreno–Hernandez,* 419 F.3d 906, 914 & n. 8 (9th Cir.), *cert. denied,* — U.S. —, 126 S.Ct. 636, 163 L.Ed.2d 515 (2005); *United States v. Von Brown,* 417 F.3d 1077, 1078–79 (9th Cir.) (per curiam).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).